## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-04406 |
| | ) | CHAPTER 7 |
| JAMES NEVIN and | ) | |
| DEBRA NEVIN, | ) | |
| Debtor(s). | ) | JUDGE BRUCE W. BLACK |
| | ) | (Joliet) |

## NOTICE OF MOTION

To:   See Attached Service List

## TRUSTEE'S CERTIFICATE OF SERVICE FOR NOTICE OF TRUSTEE'S FINAL REPORT

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 25th day of July, 2016, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                    */s/ Peter N. Metrou*
                                                  **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

| | | |
|---|---|---|
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Ben L Schneider<br>Schneider & Stone<br>8424 Skokie Blvd.<br>Suite 200<br>Skokie, IL 60077-2568 | Best Buy<br>Retail Services<br>PO Box 17298<br>Baltimore, MD 21297-1298 |
| Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Chase- Bp<br>Po Box 15298<br>Wilmington, DE 19850-5298 | David P Lloyd<br>David P. Lloyd, Ltd.<br>615B S. LaGrange Rd.<br>LaGrange, IL 60525-6864 |
| Jeff Krieter<br>2216 Snapdragon Road<br>Naperville, IL 60564-5354 | Kathy Krieter<br>2216 Snapdragon Road<br>Naperville, IL 60564-5354 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Peter N Metrou<br>Metrou & Associates PC<br>123 W Washington St Suite 216<br>Oswego, IL 60543-1049 | Pnc Bank<br>Attn: Bankruptcy<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4747 |
| PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Wells Fargo<br>1 Home Campus X2303-01a<br>Des Moines, IA 50326 |