# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JAMES NEVIN | § | Case No. 14-04406 |
| DEBRA NEVIN | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 347,673.00 *(Without deducting any secured claims)* | Assets Exempt: 44,900.00 |
| Total Distributions to Claimants:  56,558.19 | Claims Discharged Without Payment:  391,360.00 |
| Total Expenses of Administration:  82,837.38 | |

3) Total gross receipts of $ 175,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 35,604.43  (see **Exhibit 2**), yielded net receipts of $ 139,395.57  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 383,426.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 21,769.32 | 82,837.38 | 82,837.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,934.00 | 56,393.37 | 56,393.37 | 56,558.19 |
| **TOTAL DISBURSEMENTS** | $ 391,360.00 | $ 78,162.69 | $ 139,230.75 | $ 139,395.57 |

4)  This case was originally filed under chapter 7 on  02/12/2014 .  The case was pending for 33 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/07/2016                      By:/s/Peter N. Metrou, Trustee

                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pending wrongful termination suit | 1149-000 | 175,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 175,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JAMES NEVIN and DEBRA NEVIN | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 35,604.43 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 35,604.43** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8500355297 | | | 0.00 | NA | NA | 0.00 |
| 1 BMO Harris BANK | | | 45,923.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 BMO Harris N.A. Bankruptcy Dept. 3800 West Golf Road, Suite 300 Rolling Meadows IL 60008 | | 43,000.00 | NA | NA | 0.00 |
| | 216 S Jefferson Street Suite 504 Chicago IL 60661 | | 0.00 | NA | NA | 0.00 |
| | 3 BMO Harris Trust& SAVI | | 294,503.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. 111 W Monroe St | | 0.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. Po Box 94034 | | 0.00 | NA | NA | 0.00 |
| | Chicago IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Martin J Wasserman | | 0.00 | NA | NA | 0.00 |
| | Palatine IL 60094 | | 0.00 | NA | NA | 0.00 |
| | Will County Circuit Court Bankruptcy Dept. 14 W. Jefferson St Joliet IL 60432 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 383,426.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 10,219.78 | 10,219.78 | 10,219.78 |
| Peter N. Metrou | 2200-000 | NA | 58.71 | 58.71 | 58.71 |
| Associated Bank | 2600-000 | NA | 933.83 | 933.83 | 933.83 |
| DEPARTMENT OF TREASURY | 2810-000 | NA | 7,225.00 | 7,225.00 | 7,225.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 2,007.00 | 2,007.00 | 2,007.00 |
| Travis Maisel | 3210-000 | NA | 0.00 | 61,068.06 | 61,068.06 |
| Ltd. Lois West and Popowcer Katten | 3410-000 | NA | 1,325.00 | 1,325.00 | 1,325.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 21,769.32 | $ 82,837.38 | $ 82,837.38 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | [X] None | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Alliance Collection AG Attn: Bankruptcy Dept. 3916 S Business Park Ave Marshfield WI 54449 | | 536.00 | NA | NA | 0.00 |
| | 10 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 :  XXXXX7410 11 Menards Big Card Bankruptcy Dept. PO Box 6151 Rapid City SD 57709 | | 635.00 | NA | NA | 0.00 |
| | 12 Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | 149.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 13 Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | 267.00 | NA | NA | 0.00 |
| | 14 Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | 1,639.00 | NA | NA | 0.00 |
| | 15 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |
| | 2 Alliance Collection AG Attn: Bankruptcy Dept. 3916 S Business Park Ave Marshfield WI 54449 | | 179.00 | NA | NA | 0.00 |
| | 3 Alliance Collection AG Attn: Bankruptcy Dept. 3916 S Business Park Ave Marshfield WI 54449 | | 982.00 | NA | NA | 0.00 |
| | 4 Alliance Collection AG Attn: Bankruptcy Dept. 3916 S Business Park Ave Marshfield WI 54449 | | 168.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5 ATG Credit Attn: Bankruptcy Dept. 1700 W Cortland St Ste 2 Chicago IL 60622 | | 22.00 | NA | NA | 0.00 |
| | 6 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | 2,184.00 | NA | NA | 0.00 |
| | 7 DSG Collect Attn: Bankruptcy Dept. 5800 E Thomas Rd Ste 107 Scottsdale AZ 85251 | | 769.00 | NA | NA | 0.00 |
| | 8 DSG Collect Attn: Bankruptcy Dept. 5800 E Thomas Rd Ste 107 Scottsdale AZ 85251 | | 404.00 | NA | NA | 0.00 |
| | 9 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |
| 1 | BMO HARRIS BANK N.A. F/K/A HARRIS N | 7100-000 | NA | 54,209.37 | 54,209.37 | 54,209.37 |
| 2 | PYOD LLC ITS SUCCESSORS & ASSIGNS | 7100-000 | NA | 2,184.00 | 2,184.00 | 2,184.00 |
| | BMO HARRIS BANK N.A. F/K/A HARRIS N | 7990-000 | NA | NA | NA | 158.44 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PYOD LLC ITS SUCCESSORS & ASSIGNS | 7990-000 | NA | NA | NA | 6.38 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 7,934.00 | $ 56,393.37 | $ 56,393.37 | $ 56,558.19 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-04406 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | JAMES NEVIN | | | | | Date Filed (f) or Converted (c): | 02/12/2014 (f) |
| | DEBRA NEVIN | | | | | 341(a) Meeting Date: | 03/12/2014 |
| For Period Ending: | 11/07/2016 | | | | | Claims Bar Date: | 07/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Vacant Lot- index 21-14-30-305-004-0000 Will Count | 21,000.00 | 0.00 | | 0.00 | FA |
| 2.  25822 Pastoral Dr. Plainfield, IL 60585 - (Debtors | 350,000.00 | 0.00 | | 0.00 | FA |
| 3.  Pending wrongful termination suit | 0.00 | 175,000.00 | | 175,000.00 | FA |
| 4.  Checking account with BMO Harris | 50.00 | 0.00 | | 0.00 | FA |
| 5.  HOUSEHOLD GOODS, etc per line 4 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6.  Books, CDS DVDs Tapes/Records | 50.00 | 0.00 | | 0.00 | FA |
| 7.  Necessary wearing apparel | 50.00 | 0.00 | | 0.00 | FA |
| 8.  Earrings, watch, costume jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 9.  1999 Ford E350 | 500.00 | 500.00 | | 0.00 | FA |
| 10.  2003 Suzuki GSXR 600 | 500.00 | 500.00 | | 0.00 | FA |
| 11.  2003 Ford Excursion | 6,088.00 | 0.00 | | 0.00 | FA |
| 12.  2004 Chevrolet Corvette | 11,285.00 | 5,173.00 | | 0.00 | FA |
| 13.  Tools | 500.00 | 500.00 | | 0.00 | FA |
| 14.  Parts for doors | 1,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $392,573.00        $181,673.00        $175,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hired special counsel-Pending wrongful term case in discovery. Accountant employed. Taxes submitted and waiting for prompt determination.  Debtor is challenging claim with hired counsel.

Initial Projected Date of Final Report (TFR): 12/01/2015        Current Projected Date of Final Report (TFR): 09/30/2016

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-04406 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JAMES NEVIN | Bank Name: Associated Bank |
| DEBRA NEVIN | Account Number/CD#: XXXXXX5462 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4612 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 11/07/2016 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/13/15 | 3 | LIBERTY DOOR REPAIR, INC. | Wrongfull termination settlement | 1149-000 | $175,000.00 | | $175,000.00 |
| 11/20/15 | 5001 | MAISEL, MR. TRAVIS G. Attorney at Law20 North Clark, Suite 2300Chicago, Illinois 60602 | Payment for Attorney Fees and Costs Per Court Order 9-25-2015 | 3210-000 | | $61,068.06 | $113,931.94 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $159.42 | $113,772.52 |
| 12/18/15 | 5002 | DEPARTMENT OF TREASURY Internal Revenue ServiceCincinnati, OH 45999-0148 | Tax Retrun for Estate Bankruptcy Estate of James Nevin Case No. 14-04406 EIN# 47-7344612 | 2810-000 | | $7,225.00 | $106,547.52 |
| 12/18/15 | 5003 | ILLINOIS DEPARTMENT OF REVENUE P.O. Box 19053Springfield, IL 62794-9053 | State Tax Return for Estate Bankruptcy Estate of James Nevin Case No. 14-04406 EIN# 47-7344612 | 2820-000 | | $2,007.00 | $104,540.52 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $170.07 | $104,370.45 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $155.18 | $104,215.27 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $144.93 | $104,070.34 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $154.72 | $103,915.62 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $149.51 | $103,766.11 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $154.26 | $103,611.85 |
| 07/12/16 | | Associated Bank | Bank Service Charge Refund | 2600-000 | | ($154.26) | $103,766.11 |
| 08/23/16 | 5004 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Distribution | | | $10,278.49 | $93,487.62 |

| | | | Page Subtotals: | | $175,000.00 | $81,512.38 | |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-04406 | Trustee Name: Peter N. Metrou, Trustee | |
| Case Name: JAMES NEVIN | Bank Name: Associated Bank | |
| DEBRA NEVIN | Account Number/CD#: XXXXXX5462 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX4612 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 11/07/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($10,219.78) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($58.71) | 2200-000 | | | |
| 08/23/16 | 5005 | Ltd. Lois West and Popowcer Katten Popowcer Katten, Ltd. 33 East Wacker Drive Suite 1550 Chicago, IL 60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,325.00 | $92,162.62 |
| 08/23/16 | 5006 | BMO HARRIS BANK N.A. F/K/A HARRIS N Attention: Stuart W. Evans 216 S. Jefferson Street, Suite 504 Chicago, IL 60661 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $54,367.81 | $37,794.81 |
| | | | ($158.44) | 7990-000 | | | |
| | | BMO HARRIS BANK N.A. F/K/A HARRIS N | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($54,209.37) | 7100-000 | | | |
| 08/23/16 | 5007 | PYOD LLC ITS SUCCESSORS & ASSIGNS assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $2,190.38 | $35,604.43 |
| | | | ($6.38) | 7990-000 | | | |
| | | PYOD LLC ITS SUCCESSORS & ASSIGNS | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($2,184.00) | 7100-000 | | | |
| 08/23/16 | 5008 | JAMES NEVIN and DEBRA NEVIN | Distribution of surplus funds to debtor. | 8200-002 | | $35,604.43 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $175,000.00 | $175,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $93,487.62 |

| | | |
|---|---|---|
| Subtotal | $175,000.00 | $175,000.00 |
| Less: Payments to Debtors | $0.00 | $35,604.43 |
| Net | $175,000.00 | $139,395.57 |

Exhibit 9

Page Subtotals:                    $0.00          $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5462 - Checking Account (Non-Interest Earn | $175,000.00 | $139,395.57 | $0.00 |
| | $175,000.00 | $139,395.57 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $175,000.00 | |
| Total Gross Receipts: | $175,000.00 | |